FILED
2004 NOV 10 P 4: 34
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA         :

      vs.                              :         CRIMINAL NO. 3:03CR227(SRU)

BRUCE HANGS                       :

### SUPPLEMENTAL ORDER REGARDING STUDY BY THE BUREAU OF PRISONS

Whereas this Court by order dated September 7, 2004, directed the defendant Bruce Hangs, who was otherwise not in custody, to report to the custody of FCI Devens in Massachusetts on September 13, 2004, for an observation and study under 18 U.S.C. § 3552(b) for a term of up to 60 days, and

Whereas the defendant surrendered as ordered for said observation and study, it is hereby supplementally

ORDERED that the Bureau of Prisons shall release the defendant from custody at the completion of the observation and study. It is further

ORDERED that the defendant, upon release, shall return immediately to Connecticut, shall resume reporting as directed to his supervising United States Probation Officer and shall appear as directed in Court for final sentencing.

This Court's Order dated September 7, 2004, remains in full force and effect except to the extent modified by this supplemental order.

SO ORDERED this 10th day of ~~October~~ November, 2004.

Stefan R. Underhill
United States District Judge